UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　Plaintiff,<br><br>v.<br><br>FILOMENO LOPEZ-MONTES,<br><br>　Defendant. | Case No. 16-CR-2042-W<br><br>ORDER AND JUDGMENT FOR THE DISMISSAL OF THE INFORMATION |

Upon application of the Government and good cause appearing thereof,

IT HEREBY IS ORDERED that the Government's motion to dismiss the Information is GRANTED and this action is hereby dismissed with prejudice.

DATED: 4/24/17

HONORABLE THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE